**Dismiss and Opinion Filed October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00279-CR

**ROY GLENN WHITTAKER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-60058-J**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice Francis

Roy Glenn Whittaker pleaded guilty to possession of cocaine in an amount less than one gram. The trial court deferred adjudication of guilt, placed appellant on community supervision for three years, and assessed a $1,500 fine. The State later moved to adjudicate appellant's guilt. However, rather than adjudicating guilt, on January 30, 2013, the trial court modified the conditions of appellant's community supervision and extended the term by an additional thirty-six months. Appellant thereafter filed a notice of appeal. The Court now has before it the State's motion to dismiss the appeal for want of jurisdiction. Appellant did not respond to the motion.

An order continuing an individual on community supervision is not an appealable order. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, we agree that we

lack jurisdiction over the appeal. We grant the State's motion and dismiss the appeal for want of jurisdiction.[1]

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130279F.U05

---

[1] Appellant's appeal in cause no. 05-13-00257-CR remains pending before the Court.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ROY GLENN WHITTAKER, Appellant

No. 05-13-00279-CR V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3, Dallas County, Texas
Trial Court Cause No. F10-60058-J.
Opinion delivered by Justice Francis, Justices FitzGerald and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 18, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE

–3–